# Intersee Schiffahrtsgesellschaft mbH & CO. KG

INTERSEE SCHIFFAHRTSGESELLSCHAFT MBH & CO.KG, Boschstraße 15, 49733 HAREN

MS FRITZ Schiffahrtsges. mbH & Co. Reederei KG
Boschstraße 15

D-49733 Haren

**Natalia Targus**
Tel.: +49 (0)5932 720 20
Fax: +49 (0)5932 720 220
Internet: www.intersee.de
E-Mail: accounting@intersee.de

Haren (Ems), 18.01.2013

Rechnung / Debit-Note: REA001130086

Payment to ZA OW Bunker
USD 343.600,00
MV Fritz

| | | |
|---|---|---|
| Invoice Number 119-23494 USD 38.072,65 | EUR | 28.574,49 |
| Invoice Number 119-23716 USD 133.824,19 | EUR | 100.438,52 |
| Invoice Number 119-26425 USD 171.703,16 | EUR | 128.867,51 |
| payable amount | EUR | 257.880,52 |

Due date: 12.03.2014

free of VAT as per §4 Nr. 2 / §8 Abs 1 Nr. 1 USTG 1993

Bankdetails



Boschstraße 15, D-49733 Haren (Ems)
HRA 120388 Osnabrück
V.A.T. DE175705177 - Finanzamt Lingen 61/210/00515



O.W. Bunker Germany GmbH, Neumühlen 11; D-22263 Hambur

MS „FRITZ" Schiffahrts-
gesellschaft mbH & Co. Reederei KG
Boschstr. 15

49733 Haren/Ems

Date: Jan. 10th, 2013

INVOICE-N°: 119-26425

| | |
|---|---|
| Vessel: | MV FRITZ |
| Port | Malta |
| ETA: | 11-01-2013 |

| Quality | Quantity | Price | Amount |
|---|---|---|---|
| Prepayment New Delivery | | | US$ 171,703.16 |
| + inv. 119-23494 | | | US$ 38.072.65 |
| + inv. 119-23716 | | | US$ 133.824.19 |
| | | Total: | USD 343.600,00 |
| | | | E. & O.E. |



Payment terms: CIA – prompt upon receipt of invoice

Bank details:





# Ostfriesische Volksbank eG
gegr. 1889

Ostfriesische Volksbank eG Postfach 1840 26766 Leer

Mühlenstraße 6-12
26789 Leer

Registergericht:
Amtsgericht Aurich
Gen.-Reg. Nr. 110012

Vorstand:
Holger Franz, Vorsitzender
Jörg Achereiner
Georg Alder

Aufsichtsratsvorsitzender
Folkmar Ukena

Telefon: 0491/9272-0
Telefax: 0491/9272-100

Bankkonten:
Deutsche Bundesbank
Konto-Nr. 28596075
BLZ 280 000 00
DZ Bank Hannover
Konto-Nr. 94
BLZ 250 600 00

S.W.I.F.T.-address:
GENO DE F1 LER

Bankleitzahl: 285 900 75

O.W. BUNKER GERMANY

05932720220

| Ihre Nachricht vom/ Ihr Zeichen | Ihr(e) Gesprächspartner(in) | Telefon-Durchwahl | Datum |
|---|---|---|---|
|  | Sabine Schütz | 152 | 18.01.2013 |

Ladies and Gentlemen,

we herewith confirm an irrevocable payment amounting to    USD 343.800,00

to:  O.W. BUNKER GERMANY

in favour of account-number: ███████████████████

at: ███████████████████████

from: Intersee Schiffahrtsgesellschaft mbH + Co. KG

Boschstrasse 16

49733 Haren (Ems)

Details of payment:    PROFORMA INV. 119-26425, 119-23494, 119-23716

Kind regards,

*[signature]*
Ostfriesische Volksbank eG

Internet: www.ostfriesische-volksbank.de          e-mail: ovbleer@t-online.de

Message Continues...



**Detailansicht Kontoumsätze**  LÜBBERS

Auftraggeber: Intersee Schiffahrtsges.KG
Kontobezeichnung: 7646508, OVB INTER KG USD

| | | | |
|---|---|---|---|
| Betrag: | 343.600,00S USD | Originalumsatz: | 343.600,00S USD |
| Buchungsdatum: | 18.01.2013  Valuta:  22.01.2013 | Auszugsnummer: | 00011 |
| Empfänger (Umsatz): | O.W. BUNKER GERMANY | | |
| Konto (Umsatz): | | BLZ/BIC: | |
| Buchungstext: | EBICS-Auslandsüberw. EU | | |
| Kundenreferenz: | NONREF | | |
| GVC/Bankref.: | ███ | | |
| Buchungsschlüssel: | ███ | | |
| Weitere Info: | | | |
| VWZ: | ███ | | |

Anzahl: 1

 firm       Ausgabeprotokoll AZV (AT81)          TSCHOEN

Empfangendes Institut: 28590075 Ostfriesische VB Leer
Auftraggeber: Intersee Schiffahrtsges.KG

Auslandszahlungen

| Konto Auftr. | Empfänger / Verwendungszweck / Referenztext | Bank/Orderdaten Kontonummer | Termin / Betrag ISO / Meldungen Art |
|---|---|---|---|
| 7646508 | O.W. BUNKER GERMANY PROFORMA INV. 119-26425, 119-23494, 119-23716 | | 18.01.2013<br>343.600,00 USD<br>10 |
| | | Summe USD-Beträge: | 343.600,00 |
| Anzahl: 1 | | Summe EUR-Gegenwerte: | 271.384,57 |

257.880,52

# Intersee Schiffahrtsgesellschaft mbH & CO. KG

INTERSEE SCHIFFAHRTSGESELLSCHAFT MBH & CO.KG, Boschstraße 15, 49733 HAREN

MS FRITZ Schiffahrtsges. mbH & Co. Reederei KG
Boschstraße 15

D-49733 Haren

**Natalia Targus**
Tel.: +49 (0)5932 720 20
Fax: +49 (0)5932 720 220
Internet: www.intersee.de
E-Mail: accounting@intersee.de

Haren (Ems), 17.05.2013

Rechnung / Debit-Note: REA001 131342

Payment to Blue Water Shipping Copmany Port Costs at Miss River
USD 181.939,00

payable amount                                                EUR    141.377,73

Due date: 05.03.2014

free of VAT as per §4 Nr. 2 / §8 Abs 1 Nr. 1 USTG 1993

Bankdetails 

---

Boschstraße 15, D-49733 Haren (Ems)
HRA 120388 Osnabrück
V.A.T. DE175705177 - Finanzamt Lingen 61/210/00515

firm **Detailansicht Kontoumsätze** LÜBBERS

Auftraggeber: Intersee Schiffahrtsges.KG
Kontobezeichnung: 7646508, OVB INTER KG USD

| | | | |
|---|---|---|---|
| Betrag: | 181.939,00S USD | Originalumsatz: | 181.939,00S USD |
| Buchungsdatum: | 17.05.2013 Valuta: 17.05.2013 | Auszugsnummer: | 00081 |
| Empfänger (Umsatz): | BLUE WATER SHIPPING COMPANY | | TEXAS GULF COAST |
| Konto (Umsatz): | | BLZ/BIC: | |
| Buchungstext: | EBICS-Auslandsüberw. EU | | |
| Kundenreferenz: | NONREF | | |
| GVC/Bankref.: | | | |
| Buchungsschlüssel: |  | | |
| Weitere Info: | | | |
| VWZ: |  | | |

Anzahl: 1

 firm       Ausgabeprotokoll AZV (AVR1)                **GRAVEL**

Empfangendes Institut: 28590075 Ostfriesische VB Leer
Auftraggeber: Intersee Schiffahrtsges.KG

Auslandszahlungen

| Konto Auftr. | Empfänger / Verwendungszweck / Referenztext | Bank/Orderdaten Kontonummer | Termin / Betrag ISO / Meldungen Art |
|---|---|---|---|
| 7646508 | BLUE WATER SHIPPING COMPANY BY ORDER AND FOR ACCOUNT OF OWNERS   Westberg MV FRITZ / MISS RIVER / 2013/05 OWNERS EXP. 23.100,00 USD S/H 15.05.2013 |  | 16.05.2013 181.939,00 USD 10  € 141.377,73 |
|  |  | Summe USD-Beträge: | 181.939,00 |
| Anzahl: 1 |  | Summe EUR-Gegenwerte: | 143.700,34 |

17.05.13
16.05.2013 17:03:00

Seite 1