# Intership Maritime Crew Management GmbH

Intership Maritime Crew Management GmbH, Boschstr. 15, D-49733 Haren

MS FRITZ Schiffahrtsges. mbH & Co. Reederei KG
Boschstraße 15

D-49733 Haren

Marcel Schrant

Haren /Ems), 06.01.2014

### RECHNUNG / INVOICE

No: REA006140003

MV "Fritz"

Downpayment

Crew salaries for the month of:

**January 2014**  USD  65.000,00

E. & O. E.

free of VAT as per. § 4 No. 2 / § 8 Abs. 1 UStG

due date: 06.01.2014

Bank details:

Boschstr. 15, D-49733 Haren (EMS)
HRB 204377 Osnabrück, GF Josef Schöning, Traude Schöning, Mark Schöning, Maik Schöning
V.A.T DE276470043 - Finanzamt Lingen 61/210/02143

# Intership Maritime Crew Management GmbH

Intership Maritime Crew Management GmbH, Boschstr. 15, D-49733 Haren

**MS FRITZ Schiffahrtsges. mbH & Co. Reederei KG**
Boschstraße 15

D-49733 Haren

Marcel Schrant

Haren /Ems), 03.02.2014

**RECHNUNG / INVOICE**

No:    REA006140035

MV "Fritz"

Downpayment

Crew salaries for the month of:

**February 2014**    USD    65.000,00

E. & O. E.

free of VAT as per. § 4 No. 2 / § 8 Abs. 1 UStG

due date:  **03.02.2014**

Bank details:

Boschstr. 15, D-49733 Haren (EMS)
HRB 204377 Osnabrück, GF Josef Schöning, Traude Schöning, Mark Schöning, Maik Schöning
V.A.T DE276470043 - Finanzamt Lingen 61/210/02143

# Intership Maritime Crew Management GmbH

Intership Maritime Crew Management GmbH, Boschstr. 15, D-49733 Haren

MS FRITZ Schiffahrtsges. mbH & Co. Reederei KG
Boschstraße 15

D-49733 Haren

Marcel Schrant

Haren /Ems), 03.03.2014

## RECHNUNG / INVOICE

No: REA006140059

---

MV "Fritz"

---

Downpayment

Crew salaries for the month of:

| **March 2014** | USD | 65.000,00 |

E. & O. E.

free of VAT as per. § 4 No. 2 / § 8 Abs. 1 UStG

due date: **03.03.2014**

Bank details

Boschstr. 15, D-49733 Haren (EMS)
HRB 204377 Osnabrück, GF Josef Schöning, Traude Schöning, Mark Schöning, Maik Schöning
V.A.T DE276470043 - Finanzamt Lingen 61/210/02143