UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
(WESTERN DIVISION)

| | |
|---|---|
| PACIFIC CHARTERING SERVICES INC., <br><br> Plaintiff, <br><br> v. <br><br> MS "FRITZ" SCHIFFAHRTSGES MBH & CO. REEDEREI KG, <br><br> Defendant. | C.A. No. 3:14CV1576 <br><br> **IN ADMIRALTY** <br><br> Judge James G. Carr |

### ORDER FOR ISSUANCE OF PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

**WHEREAS**, Plaintiff Pacific Chartering Services Inc. ("Plaintiff") has filed a Verified Complaint in Admiralty in the United States District Court for the Northern District of Ohio, on the 16 day of July 2014, in an amount of **$920,539.00**, and such Verified Complaint was filed together with the Declaration of David M. Spotts, Esq., dated July 16, 2014;

**WHEREAS**, Plaintiff's Complaint includes a prayer for issuance of Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Rules for Admiralty or Maritime Claims, up to the amount of **$920,539.00**, against the tangible and intangible property of Defendant MS "FRITZ" Schiffahrtsges MBH & Co. Reederei KG ("Defendant"), to wit, the M/V FRITZ (IMO No. 9415155) and her engines, freights, apparel, appurtenances, tackle, and all other tangible or intangible property of the Defendant that may be located within this District;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Clerk of the Court shall issue Process of Maritime Attachment and Garnishment against property of the Defendant which is in the possession, custody or control of the master aboard (as garnishee), or on such other person(s) (as garnishee[s]) as may have possession, custody or control of, the M/V FRITZ, including against the M/V FRITZ (IMO No. 9415155) and her engines, freights, apparel, appurtenances, tackle, and all other tangible or intangible property of the Defendant that may be located within this District;

**IT IS FURTHER ORDERED** that the Clerk of the Court shall issue further, supplementary processes of attachment and garnishment, on request of Plaintiff and without further order of this Court; and

**IT IS FURTHER ORDERED** that a copy of this Order be attached to and served by the U.S. Marshal together with said Process of Maritime Attachment and Garnishment.

   s/ James G. Carr
United States District Judge